AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

1:07-M-13A

US

APPEARANCE

V.

Samuel Sacco

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Samuel A. Sacco

I certify that I am admitted to practice in this court.

Feb. 12, 2007
*Date*

[signature]
*Signature*

Charles W. Ryan 4042
*Print Name* *Bar Number*

180 South Main Street
*Address*

Prov RI 02903
*City* *State* *Zip Code*

401-861-8232 8210
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.