# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

SAMUEL SACCO

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:07-M-13A

FEB 07 2007

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>FEBRUARY 12, 2007 AT 11:00 A.M. |

To answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1341 AND 1343

Brief description of offense:

MAIL FRAUD

Signature of Issuing Officer

February 7, 2007

Date

JEANNINE NOEL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 2-12-07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC Courtroom A

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/12/07
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

FILED
2007 FEB 12 A 11:21
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.